W. H. HOPE v. J. R. PETERSON ET AL.

(Filed 11 October, 1916.)

**Executors and Administrators—Parent and Child—Wrongful Death—Parties.**

An action to recover for the wrongful death of a son must be brought by the executor or administrator of the deceased, and not by his father.

---

STATE *v.* MERRICK.

---

THIS is an action brought by the father to recover damages for the wrongful death of his infant son.

The defendants filed a demurrer, which was overruled, and the defendants appealed.

*No counsel for plaintiff.*

*Grady & Graham, Butler & Herring, and Fowler & Crumpler for defendants.*

PER CURIAM. The defendant moves in this Court to dismiss the action because it is brought in the name of the father and not by the executor or administrator of the son, and the motion must be sustained.

The case of *Killian v. R. R.,* 128 N. C., 261, decides the exact question in favor of the defendant.

Action dismissed.